UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
ALLSTATE INSURANCE COMPANY,

                 Plaintiff,

- against -

CONRAD ROBERT WILLIAMS, M.D.,
TARGEE MEDICAL SERVICES, P.C.,
MICHAEL I. BLEY, M.D., ALLMED
MEDICAL OF WILLIAMSBURG, P.C.,
BARRY ALAN DUBLIN, M.D.,
FLATLANDS MEDICAL, P.C., MICHAEL
GEORGE ALLEYNE, M.D., MICHAEL
ALLEYNE MEDICAL DOCTOR, P.C.,
VICTOR R. SHAROBEEM, M.D., VAS
MEDICAL, P.L.L.C., and MARAT
TSIRLIN, M.D.,

                 Defendants.
---------------------------------------------------------- x

**ORDER**

13 CV 2893 (RJD) (JMA)

DEARIE, District Judge

      Plaintiff Allstate Insurance Company ("Allstate") moved for default judgment against defendants Conrad Robert Williams ("Williams"), Targee Medical Services, P.C. ("Targee"), Michael George Alleyne ("Alleyne"), and Michael Alleyne Medical Doctors, P.C. ("MAMD"), on February 18, 2014. On March 10, 2014, this Court granted Allstate's motion for default judgment against Alleyne and MAMD and referred the motion to Magistrate Judge Azrack for a report and recommendation on the calculation of damages. On March 13, 2014, this Court referred Allstate's motion for default judgment against Williams and Targee to Magistrate Judge Azrack for a report and recommendation. On November 3, 2014, Magistrate Judge Azrack issued a report and recommendation on Allstate's motions, directed Allstate to serve a copy of the report and recommendation on each defaulting defendant, and ordered the filing of any objections to the report and recommendation within fourteen days of defendants' receipt of the

report. On November 5, 2014, Allstate filed proof of service of the report and recommendation on each defaulting defendant. No objections have been filed to the report.

Accordingly, this Court adopts Magistrate Judge Azrack's well-reasoned report and recommendation without qualification. The Court directs the Clerk to enter judgment for Allstate as recommended in Magistrate Judge Azrack's November 3rd report.

SO ORDERED.

Dated: Brooklyn, New York
    December 5, 2014

/s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge