UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALLSTATE INSURANCE COMPANY,　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　13-CV- 2893 (RJD)
　　　　　　Plaintiff,

　　-against-

CONRAD ROBERT WILLIAMS, M.D.,
TARGEE MEDICAL SERVICES, P.C.,
MICHAEL I. BLEY, M.D., ALLMED
MEDICAL OF WILLIAMSBURG, P.C.,
BARRY ALAN DUBLIN, M.D.,
FLATLANDS MEDICAL, P.C., MICHAEL
GEORGE ALLEYNE, M.D., MICHAEL
ALLEYNE MEDICAL DOCTOR, P.C.,
VICTOR R. SHAROBEEM, M.D., VAS
MEDICAL, P.L.L.C., and MARAT
TSIRLIN, M.D.,

　　　　　　Defendants.
-------------------------------------------------------X

　　　　　An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on December 5, 2014, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated November 3, 2014; directing the Clerk of Court to enter judgment:

　　1)　against Targee and Williams, jointly and severally, for a total of $1,117,117.11, consisting of $829,830.63 in damages and $287,286.48 in pre-judgment interest; plus per diem interest of $204.62 per day from November 3, 2014 through the date of judgment;

　　2)　against Williams, individually, in the amount of $1,659,661.86, which is two-thirds of the treble damages;

　　3)　against MAMD and Alleyne, jointly and severally, for a total of $242,202.17,

consisting of $170,248.15 in damages and $71,953.72 in pre-judgment interest, plus per diem interest of $41.98 from November 3, 2014 through the date of entry of judgment;

4) against Alleyne, individually, in the amount of $340,496.90, which is two-thirds of the treble damages; and

further, directing the Clerk of Court to enter a default judgment in favor of Allstate and against Targee for a declaratory judgment that Targee has no right to receive payment for any pending bills submitted to Allstate because the billed-for services were provided as part of a predetermined fraudulent treatment and billing protocol; and the Clerk of Court having calculated per diem interest of $204.62 per day from November 3, 2014 and the per diem interest being $7,366.32; and the Clerk of Court having calculated per diem interest of $41.98 per day from November 3, 2014 and the per day interest being $1,510.56; it is

ORDERED and ADJUDGED that Plaintiff's motion for a default judgment is granted; and that it is further,

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Allstate Insurance Company and against Defendants, Targee Medical Services, P.C., and Conrad Robert Williams, M.D., jointly and severally, in the amount of $1,124,483.43; and that it is further,

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Allstate Insurance Company and against Conrad Robert Williams, M.D., individually, in the amount of $1,659,661.86; and that it is further,

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff

**JUDGMENT** 13-CV-2893 (RJD)

Allstate Insurance Company and against Defendants Michael Alleyne Medical Doctor, P.C., and Michael George Alleyne, M.D., jointly and severally, in the amount of $243,712.73; and that it is further,

ORDERED and ADJUDGED that judgment is hereby in favor of Plaintiff Allstate Insurance Company and against Defendant Michael George Alleyne, M.D., in the amount of $340,496.90; and that it is further,

ORDERED, ADJUDGED and DECREED that Defendant Targee Medical Services, P.C., has no right to receive payment for any pending bills submitted by it to Plaintiff Allstate Insurance Company because the billed-for services were provided as part of a predetermined fraudulent treatment and billing protocol.

| | |
|---|---|
| Dated: Brooklyn, New York<br>December 08, 2014 | Douglas C. Palmer<br>Clerk of Court |
| | by:   */s/ Janet Hamilton*<br>        Deputy Clerk |