# Exhibit 1

Statement on the Record

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------- x

ALLSTATE INSURANCE COMPANY,

      Plaintiff,  Index No.
             13CV2893

  -against-

CONRAD ROBERT WILLIAMS, M.D. et.al,

      Defendant.

------------------------------------------------- x


     Rivkin Radler, LLP
     926 RXR Plaza
     Uniondale, New York


     January 22, 2015
     10:30 A.M.


     STATEMENT ON THE RECORD


REPORTED BY: Debra DeFina



```
 1              Statement on the Record

 2    A P P E A R A N C E S:

 3

 4         RIVKIN RADLER, LLP
                Attorneys for Plaintiff
 5              926 RXR Plaza
                Uniondale, New York 11556
 6
         BY:    RYAN C. GOLDBERG, ESQ.
 7

 8

 9
                      xxxxx
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Reporter's Ink, Corp.   90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236



```
1                Statement on the Record
2                (Before the commencement of the
3       statement 1615 Order, 115 Confirmation
4       Letter, and Allstate Subpoenas were
5       pre-marked as Plaintiff's Exhibits 1, 2,
6       and 3 for identification, as of this
7       date.)
8           MR. GOLDBERG:  Good morning, my
9       name is Ryan Goldberg, I'm an attorney
10      representing Allstate Insurance Company
11      in a matter of Allstate Insurance
12      Company against Conrad Williams, et.al.
13          We're here today pursuant to a
14      January 6, 2015 court order of Judge
15      Dearie which required Dr. Conrad
16      Williams to appear for a deposition, aid
17      of enforcement of the judgment, by today
18      January 22, 2015 and to produce certain
19      documentation that was requested by
20      Allstate in Subpoenas dully served on
21      Dr. Williams.
22          I have marked as Plaintiff's 1 a
23      copy of the January 6, 2015 order.
24      Marked as Plaintiff's 2 is a copy of the
25      January 15th confirmation letter that I
```

Reporter's Ink, Corp.  90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236



4

1        Statement on the Record

2     sent to Dr. Williams after speaking with

3     him personally on January 14th to

4     confirm today as the date of the

5     deposition.  The letter confirmed that

6     the deposition will be conducted today

7     taking place here at 10 a.m.

8        I have marked as Plaintiff's 3

9     copies of the Subpoena to testify in

10    the Subpoena to produce documents dully

11    served on Dr. Williams and that are

12    referenced in Judge Dearie's order.

13       Dr. Williams called me last night

14    on the 21st to advise that he would not

15    be appearing today.  It is now 10:30,

16    Dr. Williams nor any representatives of

17    Dr. Williams are here, are present, nor

18    have they provided any other

19    documentation required by the court

20    order.  Therefore, Dr. Williams is in

21    direct violation of Judge Dearie's

22    order requiring him to appear for a

23    deposition today and to produce the

24    Subpoena documentation today.

25       And based on that Allstate will

er

Reporter's Ink, Corp. 90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236

```
1              Statement on the Record
2         reserve all of its rights with respect
3         to enforcement of the judgment and
4         future actions against Dr. Williams.
5              (Whereupon, the statement was
6         concluded at 10:32 a.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Reporter's Ink, Corp.** 90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236


```
 1               Statement on the Record
 2                     I N D E X
 3    EXAMINATION OF          BY                PAGES
 4    DR. CONRAD WILLIAMS     RYAN GOLDBERG     3-5
 5
 6
 7
 8                   E X H I B I T S
 9    PLAINTIFF'S        DESCRIPTION            PAGE
10        1             1615 Order             3
11        2             115 confirmation letter  3
12        3             Allstate Subpoenas     3
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Reporter's Ink, Corp.   90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236


1        STATEMENT ON THE RECORD

2        C E R T I F I C A T E

3

4    I, DEBRA DEFINA, a shorthand reporter and

5    Notary Public within and for the State of New

6    York, do hereby certify:

7        That the within statement is a true

8    and accurate record of the stenographic notes

9    taken by me.

10       I further certify that I am not

11   related to any of the parties to this action

12   by blood or marriage, and that I am in no way

13   interested in the outcome of this matter.

14

15

16   DEBRA DEFINA

17

18

19

20

21

22

23

24

25

**1**

**1** 3:5,22 6:10
**10** 4:7
**10:30** 1:15 4:15
**10:32** 5:6
**115** 3:3 6:11
**11556** 2:5
**13CV2893** 1:6
**14th** 4:3
**15th** 3:25
**1615** 3:3 6:10

**2**

**2** 3:5,24 6:11
**2015** 1:15 3:14,18,23
**21st** 4:14
**22** 1:15 3:18

**3**

**3** 3:6 4:8 6:10,11,12
**3-5** 6:4

**6**

**6** 3:14,23

**9**

**926** 1:12 2:5

**A**

**a.m** 1:15 4:7 5:6
accurate 7:8
action 7:11
actions 5:4
advise 4:14
against 1:7 3:12 5:4
aid 3:16
Allstate 1:5
    3:4,10,11,20 4:25
    6:12
am 7:10,12
appear 3:16 4:22
appearing 4:15
attorney 3:9
Attorneys 2:4

**B**

based 4:25
blood 7:12

**C**

certain 3:18
certify 7:6,10
commencement 3:2
Company 1:5 3:10,12
concluded 5:6
conducted 4:6
confirm 4:4
confirmation 3:3,25
    6:11
confirmed 4:5
Conrad 1:8 3:12,15 6:4
copies 4:9
copy 3:23,24
court 1:2 3:14 4:19

**D**

date 3:7 4:4
Dearie 3:15
Dearie's 4:12,21
Debra 1:19 7:4,16
Defendant 1:9
DeFina 1:19 7:4,16
deposition 3:16
    4:5,6,23
DESCRIPTION 6:9
direct 4:21
DISTRICT 1:2,3
documentation 3:19
    4:19,24
documents 4:10
Dr 3:15,21
    4:2,11,13,16,17,20
    5:4 6:4
dully 3:20 4:10

**E**

EASTERN 1:3
enforcement 3:17 5:3
ESQ 2:6

et.al 1:8 3:12
**EXAMINATION** 6:3
**Exhibits** 3:5

**F**

future 5:4

**G**

Goldberg 2:6 3:8,9 6:4

**H**

hereby 7:6

**I**

identification 3:6
I'm 3:9
Index 1:6
Insurance 1:5 3:10,11
interested 7:13

**J**

January 1:15
    3:14,18,23,25 4:3
Judge 3:14 4:12,21
judgment 3:17 5:3

**L**

last 4:13
letter 3:4,25 4:5 6:11
LLP 1:12 2:4

**M**

M.D 1:8
marked 3:22,24 4:8
marriage 7:12
matter 3:11 7:13
morning 3:8

**N**

night 4:13
nor 4:16,17
Notary 7:5
notes 7:8

**O**

order 3:3,14,23

    4:12,20,22 6:10
outcome 7:13

**P**

**PAGE** 6:9
**PAGES** 6:3
parties 7:11
personally 4:3
**Plaintiff** 1:6 2:4
**Plaintiff's** 3:5,22,24 4:8
    6:9
Plaza 1:12 2:5
pre-marked 3:5
present 4:17
produce 3:18 4:10,23
provided 4:18
Public 7:5
pursuant 3:13

**R**

Radler 1:12 2:4
record 1:1,17 2:1 3:1
    4:1 5:1 6:1 7:1,8
referenced 4:12
related 7:11
REPORTED 1:19
reporter 7:4
representatives 4:16
representing 3:10
requested 3:19
required 3:15 4:19
requiring 4:22
reserve 5:2
respect 5:2
rights 5:2
Rivkin 1:12 2:4
ROBERT 1:8
RXR 1:12 2:5
Ryan 2:6 3:9 6:4

**S**

sent 4:2
served 3:20 4:11



**shorthand** 7:4

**speaking** 4:2

**State** 7:5

**statement** 1:1,17 2:1
3:1,3 4:1 5:1,5 6:1
7:1,7

**STATES** 1:2

**stenographic** 7:8

**Subpoena** 4:9,10,24

**Subpoenas** 3:4,20 6:12

---
T
---

**taking** 4:7

**testify** 4:9

**Therefore** 4:20

**today** 3:13,17
4:4,6,15,23,24

**true** 7:7

---
U
---

**Uniondale** 1:13 2:5

**UNITED** 1:2

---
V
---

**violation** 4:21

---
W
---

**We're** 3:13

**Whereupon** 5:5

**Williams** 1:8 3:12,16,21
4:2,11,13,16,17,20
5:4 6:4

---
X
---

**xxxxx** 2:9

---
Y
---

**York** 1:3,13 2:5 7:6

**Reporter's Ink, Corp.** 90 John Street · Ste. 411 New York, NY 10038 www.reporters-ink.com
Phone: 646.395.2522 Fax: 212.374.1236

