

WWW.RIVKINRADLER.COM

RYAN GOLDBERG
(516) 357-3525
Ryan.goldberg@rivkin.com

February 6, 2015

**By ECF**
Honorable Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: **Allstate Insurance Company v. Conrad Robert Williams, M.D. et al.**
**Docket No.: CV 13-02893 (RJD) (JMA)**
**Our File No.: 999-1025**

Dear Judge Orenstein:

I write on behalf of Plaintiff, Allstate Insurance Company ("Allstate" or "Plaintiff") in the above-referenced matter. Allstate respectfully submits this letter, to provide a status with respect to Dr. Conrad Williams ("Dr. Williams") refusal to comply with the Court's January 6, 2015 Order (the "1/6/15 Order") and Allstate's Subpoena Ad Testificandum and Duces Tecum on Dr. Williams (See Docket No. 80-1).

As of today, Dr. Williams (subject to certain terms directed by Allstate) is scheduled to appear for a deposition on Monday February 9, 2015. This morning, Dr. Williams did provide some sparse financial disclosure to Allstate, which is still subject to Allstate's review.

Given the Court's scheduling of the contempt hearing on Tuesday, February 10, 2015, at this time, Allstate (given Dr. Williams' actions to date), does not seek to adjourn the hearing, but rather we respectfully seek permission to file another status letter Monday afternoon to apprise the Court of what transpires on Monday.

We appreciate the Court's attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

Ryan Goldberg (RG 7570)

926 RXR Plaza
Uniondale, NY 11556
T 516.357.3000
F 516.357.3333

555 Madison Avenue
New York, NY 10022
T 212.455.9555
F 212.687.9044

21 Main Street
Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601
T 201.287.2460
F 201.489.0495



Honorable James Orenstein
February 6, 2015
Page 2

cc: All counsel via ECF
Conrad Robert Williams, M.D. via Federal Express