

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

W W W . R I V K I N R A D L E R . C O M

**RYAN GOLDBERG**
(516) 357-3525
Ryan.goldberg@rivkin.com

February 9, 2015

**By ECF**
Honorable Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

> **Re:   Allstate Insurance Company v. Conrad Robert Williams, M.D. et al.**
> **Docket No.: CV 13-02893 (RJD) (JMA)**
> **Our File No.:  999-1025**

Dear Judge Orenstein:

I write on behalf of Plaintiff, Allstate Insurance Company ("Allstate" or "Plaintiff") in the above-referenced matter. Allstate respectfully submits this letter, to provide a status with respect to Dr. Conrad Williams ("Dr. Williams") appearance today for his deposition pursuant to the Court's January 6, 2015 Order (the "1/6/15 Order") and Allstate's Subpoena Ad Testificandum and Duces Tecum on Dr. Williams (See Docket No. 80-1).

Please be advised, Dr. Williams appeared for his deposition today and answered all of Allstate's questions and did not attempt to circumvent any line of questioning.  Additionally, Dr. Williams provided documentation in response to Allstate's Subpoena Duces Tecum and has provided sufficient explanation as to the documents he could not produce.

At this time, Allstate deems Dr. Williams in compliance with its Subpoena Ad Testificandum and Duces Tecum on Dr. Williams (See Docket No. 80-1) and would respectfully withdraw its motion for contempt, if the Court would so allow.

We appreciate the Court's attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

Ryan Goldberg (RG 7570)

926 RXR Plaza
Uniondale, NY  11556
T 516.357.3000
F 516.357.3333

555 Madison Avenue
New York, NY  10022
T 212.455.9555
F 212.687.9044

21 Main Street
Court Plaza South
West Wing, Suite 158
Hackensack, NJ  07601
T 201.287.2460
F 201.489.0495



Honorable James Orenstein
February 9, 2015
Page 2

_____

cc:       All counsel via ECF
          Conrad Robert Williams, M.D. via E-
          Mail