```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ALLSTATE INSURANCE COMPANY,

                        Plaintiff,              Docket No.:
                                                13-CV-02893(RJD)(JMA)
        -against-

CONRAD ROBERT WILLIAMS, M.D., et al.,

                        Defendants.
----------------------------------------X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 23 2018 ★

BROOKLYN OFFICE

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff Allstate Insurance Company hereby dismisses its claims in this action asserted against Defendants, Michael I. Bley, M.D. and Marat Tsirlin, M.D. without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated: Uniondale, New York
       February 22, 2018

Respectfully submitted,

RIVKIN RADLER LLP

By: _____/s/_____
    Barry I. Levy (BL2190)
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone:  (516) 357-3000
Facsimile:  (516) 357-3333

*Counsel for Plaintiff Allstate Insurance Company*

So Ordered.

s/RJD
2/23/18